AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western Division__ on the following

☑ Trademarks or ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>3/27/2019 | U.S. DISTRICT COURT<br>Western Division | |
|---|---|---|---|
| PLAINTIFF<br>Naismith Memorial Basketball Hall of Fame, Inc. | | DEFENDANT<br>Naismith's Pub & Pretzel, Inc. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  3,043,191 | 1/17/2006 | Naismith Memorial Basketball Hall of Fame, Inc. | |
| 2  5,371,136 | 1/2/2018 | Naismith Memorial Basketball Hall of Fame, Inc. | |
| 3  5,059,647 | 10/11/2016 | Naismith Memorial Basketball Hall of Fame, Inc. | |
| 4  5,576,727 | 10/12/2018 | Naismith Memorial Basketball Hall of Fame, Inc. | |
| 5  See Attached Pg. 2 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Continued – Page 2

AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN ACTION<br>REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 5,201,075 | 5/9/2017 | Naismith Memorial Basketball Hall of Fame, Inc. |
| 87/731,983 | 12/22/2017 | Naismith Memorial Basketball Hall of Fame, Inc. |
| 5,257,151 | 8/1/2017 | Naismith Memorial Basketball Hall of Fame, Inc. |

678655.1